David M. Sternberg (SBN 96107)
Jacob M. Barlev (SBN 235439)
DAVID M. STERNBERG & ASSOCIATES
Attorneys at Law
540 Lennon Lane
Walnut Creek, CA 94598
Telephone: (925) 946-1400
Facsimile: (925) 932-6986

Attorneys for Pacific Trading Ventures dba
Safe Storage Management Company and Jill W. Worsley

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 12-46534 MEH |
| PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE, | CHAPTER 11 |
| | Adversary Proceeding No. 13-04079 |
| Debtor. | ***The Honorable M. Elaine Hammond*** |
| KYLE EVERETT, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | |
| v. | |
| RANDALL WHITNEY aka RANDALL C.M. WHITNEY aka RANDALL WORSLEY aka RANDALL C.M. WORSLEY, an individual; PACIFIC TRADING VENTURES dba SAFE STORAGE MANAGEMENT COMPANY, a California corporation; PACIFIC TRADING VENTURES, LTD. ("PTVL"), a Nevada corporation; and JILL V. WORSLEY aka V. JILL WORSLEY, an individual, | |
| Defendants. | |

**ANSWER TO COMPLAINT FOR
DECLARATORY RELIEF; ACCOUNTING; TURNOVER; AND
INJUNCTIVE RELIEF OF CHAPTER 11 TRUSTEE KYLE EVERETT**

1

Defendants Pacific Trading Ventures dba Safe Storage Management Company, a Nevada corporation, and Jill W. Worsley (collectively "Defendants") answer the above-referenced Adversary Proceeding Complaint as follows:

1. These answering Defendants deny the allegation set forth in paragraph 1 of the Complaint.

2. These answering Defendants deny the allegation set forth in paragraph 2 of the Complaint.

3. These answering Defendants deny the allegation set forth in paragraph 3 of the Complaint.

4. These answering Defendants admit the allegation set forth in paragraph 4 of the Complaint.

5. These answering Defendants admit the allegation set forth in paragraph 5 of the Complaint.

6. These answering Defendants admit the allegation set forth in paragraph 6 of the Complaint.

7. These answering Defendants admit the allegation set forth in paragraph 7 of the Complaint.

8. These answering Defendants admit the allegation set forth in paragraph 8 of the Complaint.

9. These answering Defendants admit the allegation set forth in paragraph 9 of the Complaint.

10. These answering Defendants admit the allegation set forth in paragraph 10 of the Complaint.

11. These answering Defendants admit the allegation set forth in paragraph 11 of the Complaint.

12. These answering Defendants admit the allegation set forth in paragraph 12 of the Complaint.

///

2

ANSWER TO COMPLAINT FOR DECLARATORY RELIEF; ACCOUNTING; TURNOVER; AND INJUNCTIVE RELIEF OF CHAPTER 11 TRUSTEE KYLE EVERETT

Case: 13-04079    Doc# 28    Filed: 05/22/13    Entered: 05/22/13 15:49:12    Page 2 of 6

13. These answering Defendants deny the allegations set forth in paragraph 13 of the Complaint but admit that Pacific Trading Ventures dba Safe Storage Management Company is a Nevada corporation authorized to do business in California.

14. These answering Defendants admit the allegation set forth in paragraph 14 of the Complaint.

15. These answering Defendants admit the allegation set forth in paragraph 15 of the Complaint.

16. These answering Defendants admit the allegation set forth in paragraph 16 of the Complaint.

17. These answering Defendants admit the allegation set forth in paragraph 17 of the Complaint.

18. These answering Defendants deny the allegation set forth in paragraph 18 of the Complaint.

19. These answering Defendants admit the allegation set forth in paragraph 19 of the Complaint.

20. These answering Defendants admit the allegation set forth in paragraph 20 of the Complaint.

21. These answering Defendants respond to paragraph 21 by realleging the responses contained within paragraphs 1 through 20 above.

22. These answering Defendants deny the allegation set forth in paragraph 22 of the Complaint.

23. These answering Defendants deny the allegations set forth in paragraph 23 of the Complaint but admit defendant Pacific Trading Ventures dba Safe Storage Management Company has a valid lease.

24. These answering Defendants deny the allegation set forth in paragraph 24 of the Complaint.

25. These answering Defendants admit the allegation set forth in paragraph 25 of the Complaint.

26. These answering Defendants admit the allegation set forth in paragraph 26 of the Complaint.

27. These answering Defendants respond to paragraph 27 by realleging the responses contained within paragraphs 1 through 26 above.

28. These answering Defendants admit the allegation set forth in paragraph 28 of the Complaint.

29. These answering Defendants deny the allegation set forth in paragraph 29 of the Complaint.

30. These answering Defendants deny the allegation set forth in paragraph 30 of the Complaint.

31. These answering Defendants deny the allegation set forth in paragraph 31 of the Complaint.

32. These answering Defendants admit the allegation set forth in paragraph 32 of the Complaint.

33. These answering Defendants deny the allegation set forth in paragraph 33 of the Complaint.

34. These answering Defendants deny the allegation set forth in paragraph 34 of the Complaint.

35. These answering Defendants deny the allegation set forth in paragraph 35 of the Complaint.

36. These answering Defendants deny the allegation set forth in paragraph 36 of the Complaint.

37. These answering Defendants deny the allegation set forth in paragraph 37 of the Complaint.

38. These answering Defendants deny the allegation set forth in paragraph 38 of the Complaint.

39. These answering Defendants lack sufficient information to admit or deny the allegation set forth in paragraph 39 of the Complaint and, therefore, deny this allegation.

4

ANSWER TO COMPLAINT FOR DECLARATORY RELIEF; ACCOUNTING; TURNOVER; AND INJUNCTIVE RELIEF OF CHAPTER 11 TRUSTEE KYLE EVERETT

Case: 13-04079   Doc# 28   Filed: 05/22/13   Entered: 05/22/13 15:49:12   Page 4 of 6

1. 40. These answering Defendants deny the allegation set forth in paragraph 40 of the Complaint.

2. 41. These answering Defendants respond to paragraph 41 by realleging the responses contained within paragraphs 1 through 40 above.

3. 42. These answering Defendants deny the allegation set forth in paragraph 42 of the Complaint.

4. 43. These answering Defendants deny the allegation set forth in paragraph 43 of the Complaint.

5. 44. These answering Defendants deny the allegation set forth in paragraph 44 of the Complaint.

6. 45. These answering Defendants lack sufficient information to admit or deny the allegation set forth in paragraph 45 of the Complaint and, therefore, deny this allegation.

7. 46. These answering Defendants respond to paragraph 46 by realleging the responses contained within paragraphs 1 through 45 above.

8. 47. These answering Defendants lack sufficient information to admit or deny the allegation set forth in paragraph 47 of the Complaint and, therefore, deny this allegation.

9. 48. These answering Defendants lack sufficient information to admit or deny the allegation set forth in paragraph 48 of the Complaint and, therefore, deny this allegation.

**AFFIRMATIVE DEFENSES**

As a separate and distinct affirmative defense, these answering Defendants allege that they are entitled to recover their attorneys' fees incurred in defending this action because they have been required to hire the services of an attorney to defend them in this action.

WHEREFORE, having fully answered the complaint herein, Defendants pray that Plaintiff take nothing by reason of his Complaint, that said Complaint be dismissed, that these answering Defendants recover their costs and reasonable attorneys' fees in defending this action, and for such other and further relief as the court deems just and proper.

///

///

5
ANSWER TO COMPLAINT FOR DECLARATORY RELIEF; ACCOUNTING; TURNOVER; AND INJUNCTIVE RELIEF OF CHAPTER 11 TRUSTEE KYLE EVERETT

Case: 13-04079   Doc# 28   Filed: 05/22/13   Entered: 05/22/13 15:49:12   Page 5 of 6

These answering Defendants further seek a determination that Defendant Pacific Trading Ventures dba Safe Storage Management Company, a Nevada corporation ("PTLV"), has a valid lease to operate its self-storage business.

Dated: *May 22, 2013*  Respectfully submitted,

DAVID M. STERNBERG & ASSOCIATES

By *David M. Sternberg*
DAVID M. STERNBERG, ESQ.
Attorneys for PACIFIC TRADING VENTURES, LTD.; PTLV, a Nevada corporation; and JILL W. WORSLEY