The following constitutes
the order of the court. Signed June 27, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-46534 MEH |
| PACIFIC THOMAS CORPORATION | Chapter 11 |
|                  Debtor/ | |
| KYLE EVERETT | Adv. No. 13-04079 AH |
|                  Plaintiff | |
| v. | |
| RANDALL WHITNEY, ET. AL. | |
|                  Defendants/ | |

ORDER DENYING MOTION TO DISMISS

On June 27, 2013, a hearing was held on Defendant Randall Whitney's motion to dismiss this adversary proceeding. Appearances were stated on the record.

For the reasons stated on the record, it is ORDERED as follows:

1. Defendant Randall Whitney's motion to dismiss is DENIED.

2. Defendant Randall Whitney shall file an answer to the complaint by July 26, 2013.

3. The status conference in this adversary case is continued to August 5, 2013 at 10:00 a.m. in Room 215 (second floor), 1300 Clay Street, Oakland, California

**END OF ORDER**

1

COURT SERVICE LIST

Randall Whitney
1818 Mt. Diablo Blvd., Suite D
Walnut Creek, CA 94596