# Notice Recipients

District/Off: 0971−4     User: cglosenge     Date Created: 8/29/2012
Case: 12−46534     Form ID: STC     Total: 51

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     Planned Parenthood Mar Monte, Inc.
                                                                                                                 TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
aty     Anne−Leith Matlock     anne−leith@matlocklawgroup.com
aty     Chris D. Kuhner     c.kuhner@kornfieldlaw.com
aty     Eric A. Nyberg     e.nyberg@kornfieldlaw.com
aty     Frank T. Pepler     frank.pepler@dlapiper.com
aty     Robert B. Kaplan     rbk@jmbm.com
aty     Walter W. Gouldsbury, III     wwg@jmbm.com
                                                                    TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Pacific Thomas Corporation     1818 Mt. Diablo Blvd.     Suite D     Walnut Creek, CA 94596
cr     Bank of the West     c/o Walter W. Gouldsbury III     Jeffer Mangels Butler &Mitchell LLP     Two Embarcadero Center, 5th Floor     San Francisco, CA 94111
cr     Bank of the West c/o Robert B. Kaplan     Jeffer Mangels Butler &Mitchell LLP     Two Embarcadero Center, 5th Floor     San Francisco, CA 94111
cr     Summit Bank     c/o Eric A. Nyberg     Kornfield, Nyberg, Bendes &Kuhner, P.C.     1970 Broadway, Suite 225     Oakland, CA 94612
12804043     A.M. Tarbell Trust     c/o Darrow/Whitney     1600 Ala Moana #1112     Honolulu, HI 96815
12804045     ATTAdvertising Solutions     PO Box 989046     West Sacramento, CA 95798−9046
12804044     Alameda County TreasurerCollection     1221 Oak Street     Oakland, CA 94612
12804048     BKD, LLP     8001 Broadway, Suite 400     Merrillville, IN 46410−5552
12804046     Baird Holm Attorneys At Law     1500 Woodmen Tower     Omaha, NE 68102
12804047     Bank of the West     PO Box 515274     Los Angeles, CA 90051−6574
12804049     Buhla R. Darrow Trust     c/o Darrow/Whitney     1600 Ala Moana #1112     Honolulu, HI 96815
12804050     CBRE, Inc.     File #056411, Location Code 2034     Los Angeles, CA 90074−6411
12804051     Charles M. Salter Associates, Inc     130 Sutter St, Suite 500     San Francisco, CA 94104
12804052     City of Oakland     250 Frank H. Obawa Plaza, Suite 1320     Oakland, CA 94612
12804054     DMJM Harris/Korve Engineering, Inc.     1178 Paysphere Circle     Chicago, IL 60674
12804053     Darrow Family Partners     c/o Darrow / Whitney     1600 Ala Moana #1112     Honolulu, HI 96815
12804055     Doris Rydman     1320 Pearl St.     Alameda, CA 94501
12804056     East Bay Municipal Utility District     375 11th Street     Oakland, CA 94607
12804057     Environmental Science Assoc. Inc.     350 Frank Ogawa Plaza, Suite 300     Oakland, CA 94612
12804058     FCI Lender Services, Inc.     PO Box 27370     Anaheim, CA 92809
12804059     Grubb &Ellis Company     500 Ygnacio Valley Road, Suite 100     Walnut Creek, CA 94596
12804060     Jacol LLC et al.     c/o The Bowers Group     3201 Danville Blvd. Suite 170     Alamo, CA 94507
12804061     Jill Worsley     30 Creek Tree Lane     Alamo, CA 94507
12804062     Johnston Gremaux &Rossi, LLP     333 Civic Drive     Pleasant Hill, CA 94523−1920
12804063     KCA Engineers, Inc.     318 Brannan Street, St # 2     San Francisco, CA 94107
12804064     Mujeres Unidas Y Activas     2783 East 12th Street, Unit #201     Oakland, CA 94601
12804065     Pacific Gas &Electric Co.     PO Box 8329     Stockton, CA 95208
12804066     Pacific Gas &Electric Co.     PO Box 997300     Sacramento, CA 95899−7300
12804067     Pacific Trading Ventures     1818 Mt. Diablo Blvd Ste−D     Walnut Creek, CA 94596
12804068     Planned Parenthood Mar Monte Inc.     1691 The Alameda     San Jose, CA 95126
12804069     Private Mortgage Fund LLC     23586 Calabasas Road #100     Calabasas, CA 91302
12804070     Randall Whitney     2615 East 12th St     Oakland, CA 94601
12804071     Richard Douglas Worsley     31012 Dulce     Temecula, CA 92592
12804072     Roger W. Worsley     1997 Ascot Drive #6     Moraga, CA 94556
12804073     SMD Software, Inc.     3000 Highwoods Blvd., Ste 120     Raleigh, NC 27604
12804074     Sprint     PO Box 4181     Carol Stream, IL 60197−4181
12804075     Summit Bank     2969 Broadway     Oakland, CA 94694
12804076     The Hartford     PO Box 2907     Hartford, CT 06104
12804077     Thomas Capital Investments     c/o Darrow/Whitney     1600 Ala Moana #1112     Honolulu, HI 96815
12804078     Thomas Koolaupoko Inv.     c/o Darrow / Whitney     1600 Ala Moana #1112     Honolulu, HI 96815
12804079     Timothy Brophy, CPA, MBA     395 Civic Drive, Suite 5     Pleasant Hill, CA 94523
12804080     Wendel Roesn Black &Dean, LLP     P.O. Box 2047     Oakland, CA 94604−2047
12824839     Wendel, Rosen, Black &Dean LLP     1111 Broadway, 24th Floor     Oakland, CA 94607     Attn: Elizabeth Berke−Dreyfuss, Esq.
                                                                    TOTAL: 43