BUCHALTER NEMER
  ROBERT E. IZMIRIAN (SBN: 53805)
  CRAIG C. CHIANG (SBN: 209602)
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: rizmirian@buchalter.com; cchiang@buchalter.com

Attorneys for Chapter 11 Trustee
KYLE EVERETT

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba<br>PACIFIC THOMAS CAPITAL, dba<br>SAFE STORAGE,<br><br>Debtor. | Case No. 12-46534 MEH<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE KYLE EVERETT'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF CERTAIN INTERESTS**<br><br>Date: June 27, 2013<br>Time: 10:30 a.m.<br>Place: Courtroom, Hon. M. Elaine Hammond<br>   1300 Clay Street-Courtroom 215<br>   Oakland, California |

Kyle Everett, the duly appointed, qualified and acting Chapter 11 trustee (the "Trustee") of the bankruptcy estate of Pacific Thomas Corporation dba Pacific Thomas Capital dba Safe Storage ("PTC") hereby moves the Court for an order authorizing him to sell property of PTC's bankruptcy estate free and clear of liens and interests pursuant to Bankruptcy Code section 363(f). This Motion to Sell Real Property Free and Clear of Certain Interests (the "Motion") is supported by the accompanying Memorandum of Points and Authorities and the Declaration of Kyle Everett.

Property of PTC's bankruptcy estate includes the real property located at 2615 E. 12th Street, 2783 E. 12th Street, 2801 E. 12th Street, 1111 29th Avenue, 1113-15 29th Avenue, and adjacent, as well as nearby, parking lots, in Oakland, California (the "Property"). The Property

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

1
MOTION TO SELL PROPERTY FREE AND CLEAR OF CERTAIN INTERESTS
BN 14107805v1

Case: 12-46534    Doc# 288    Filed: 05/30/13    Entered: 05/30/13 14:35:16    Page 1 of 2

houses tenants Performance Contracting, Inc., Budget Truck Rental, Avila Trucking, Mujeres Unidas Activis, local contractor parking, and others, and contains eleven additional buildings that are utilized as self-storage facilities (the "Self-Storage Facility").

The Trustee asserts that 11 U.S.C. §363(f)(4) authorizes him to sell the Property free and clear of any interest in the Property claimed by Pacific Trading Ventures or Pacific Trading Ventures, Ltd. (collectively, "PTV") including any leasehold or possessory interest, pursuant to §363(f)(4) (the "Disputed Interest") because the Disputed Interest is in bona fide dispute.

WHEREFORE, the Trustee moves the Court for an order authorizing him to sell the Property free and clear of the Disputed Interest.

DATED: May 30, 2013

BUCHALTER NEMER
A Professional Corporation

By: /s/ Craig C. Chiang
Craig C. Chiang
Attorneys for Chapter 11 Trustee
KYLE EVERETT

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO