**Matlock Law Group, P.C.**
Anne-Leith Matlock, State Bar No. 244351
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Tel.:   (925) 944-7131
Fax:    (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com

Attorneys for Debtor
Pacific Thomas Corporation

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>PACIFIC THOMAS CORPORATION,<br><br>Debtor. | Case No.: 12-46534<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON APPROVAL OF DEBTOR PACIFIC THOMAS DISCLOSURE STATEMENT**<br><br>Date:   07/18/13<br>Time:   10:30<br>Room:   215<br><br>*The Honorable M. Elaine Hammond* |

**TO ALL PARTIES IN INTEREST**:

**NOTICE IS HEREBY GIVEN** that a hearing will be held at 10:30 on July 18, 2013 in the courtroom of the Honorable M. Elaine Hammond, Courtroom 215, 1300 Clay Street, Oakland, CA, to consider and rule upon the adequacy of the Debtor's Disclosure Statement and the information contained therein, to consider the objections to the Disclosure Statement, and such other matters as may properly come before the Court.

1      NOTICE IS FURTHER GIVEN that objections to the form or content of the
Disclosure Statement should be in writing and filed with the Bankruptcy Court and
served upon the attorney for the Debtor on or before July 11, 2013. Objections not so
filed and served may be deemed waived.

      Any party who desires to receive a copy of the said Disclosure Statement for
review before being approved by the Bankruptcy Court should write to the attorney for
the Debtor requesting that a copy be sent to them.

DATED: June 12, 2013                MATLOCK LAW GROUP, P.C.

                                        By: /s/ Anne-Leith Matlock
                                              Anne-Leith W. Matlock
                                              Attorneys for Debtor

Page 2 of 2
NOTICE OF HEARING                CASE NO. 12-46534
Case: 12-46534   Doc# 299   Filed: 06/12/13   Entered: 06/12/13 18:40:27   Page 2 of 2