FILED

JUN 13 2013

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

Randall Whitney
1818 Mount Diablo Boulevard
Walnut Creek, CA 94596
Telephone: 925.946.9358
Facsimile: 925.988.0897
Email: whitwors@gmail.com

(pro se),

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Kyle Everett;         Plaintiff,<br><br>v.<br><br>Pacific Thomas Corporation, dba Pacific Thomas Capital, dba Safe Storage,<br><br>         Debtor. | Case no. 12-46534<br><br>Chapter 11<br><br>**DECLARATION of Tom de Jong**<br><br>Date: June 27, 2013<br>Time: 11:30AM<br>Place: Courtroom 215, 1300 Clay Street, Oakland, CA<br><br>Judge: Hon. M. Elaine Hammond |

I, Tom de Jong, declare as follows:

1.    I am a broker and Vice President with Colliers International of San Jose, California and Silicon Valley market. (See attached credentials Ex . A)

Case: 12-04079   Doc# 3   Filed: 06/14/13   Entered: 06/14/13 09:48:43   Page 1 of 5

2. I have represented buyers, sellers, developers, investors and institutional quality owners in either buying or selling their self storage asset. I am specialized in the self storage industry and belong to the industry associations providing market data and education on a regular basis.

3. I have been engaged by the Debtor Pacific Thomas Corporation as a consultant for the positioning and possible marketing for either sale or investment partner of this Safe Storage self storage facility. I made several contacts and represented this property to several buyers and investors in the self storage industry, as well as, advertising through the Argus network.

4. I have not been contacted by the Trustee A. Kyle Everett and I am not aware that this property has ever been communicated for sale within the self storage industry.

5. I have specialized in self storage sales in California and have transactions amounting to $ 100 million in my career as a broker. The ARGUS network has closed over $1 billion in self-storage sales and has the specialized self storage broker resources to attain top dollar for any self-storage facility

6. the marketing of self-storage properties is not purely a real estate transaction and many non-storage specialist brokers are not familiar with the nuances specific to self-storage, including the valuation methodology (trailing-12 versus forward looking), how to interpret management summary reports from facility software (management summary, occupancy and rent-roll) and ancillary income valuations. The key is that storage is a hybrid between a real estate and an on-going business valuation <u>and only considering the storage income can leave a tremendous amount in sales price correlation on the table.</u>

7. Additionally during due diligence non-storage specialist brokers are not able to assist with space audits, lock-outs, lien law interpretations, etc. that a buyer typically request assistance with and understanding how to assess a facility being sold.

Case: 12-46534 REQUEST FOR TELEPHONIC CONFERENCE Entered: 06/14/13 09:43:13 Adv. Proc. No.: 13-04079 Page 2 of 5

8. Finally obtaining top dollar requires exposure well beyond traditional real estate marketing platforms (like Loopnet or CoStar, which I also use). The ARGUS Self Storage Sales Network has 40 brokers nationally focused on self-storage and gets over 1.8 million different marketing views between our website (www.selfstorage.com), national self-storage ads in Inside Self-Storage and Self Storage Association magazines and our email distribution list that is sent to over 15,000 self-storage buyers, investors and owner-operators twice per month. In addition our firms sponsors local self-storage association meetings and I meet with self-storage investors almost on a daily basis.

9. From my experience all of this extra exposure translates to selling prices well above what traditional real estate brokers attain. My most recent sale was a US Bank owned asset that sold in El Dorado Hills for almost 5% above the bank's appraisal and target price for the asset.

10. I am not aware of CCIG as a specialist within the self storage industry, nor have I known Brian Collins to be a specialist within self storage sales brokerage or having sufficient sales experience to handle a complex facility such as Safe Storage .

Defendant certifies that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 5, 2013     Executed at : San Jose, S.C. county ,California

By: _____

Case: 12-46534   Doc# 306   Filed 06/13/13   Entered: 06/14/13 09:42:43   Page 3 of Adv. Proc. No. Page 4 of

 

# *Experience*

Tom de Jong is Vice President with Colliers International in the Silicon Valley and has represented buyers, sellers and developers of investment, owner-user and self-storage assets in Northern California and Northern Nevada with over $100 million in total consideration over the past seven years. Tom takes a results based approach to each representation or assignment, keeping the end-result in mind from the outset. Tom has a bachelor's degree from California State University East Bay and an MBA from Pepperdine and is licensed to practice real estate in California and Nevada.



**Tom de Jong**
**Colliers International**
450 W. Santa Clara St.
San Jose, CA 95113
408-282-3829   ·
tom.dejong@colliers.com

1-800-55-STORE
www.Argus-SelfStorage.com

Since 1994, the Argus Self Storage Sales Network has been the leader in self-storage brokerage throughout the United States. Argus Broker Affiliates work with both buyers and sellers to find the right property, and the right price, to meet the needs of each individual client.

- Over $1 Billion in self-storage transactions
- Over 650 deals completed
- Hundreds of satisfied clients
- Detailed analysis to maximize your facility's value

The Argus Self Storage Sales Network boasts the industry's most extensive marketing program. Your property receives exposure to the maximum number of self-storage investors through our advertising program and network of professional contacts.

- Over 40 Broker Affiliates representing major markets throughout the U.S. provide knowledgeable local representation
- Internet exposure via the industry's premier website www.selfstorage.com
- Presence at national and state self-storage conventions
- Advertising in industry trade magazines
- National database of self-storage buyers and sellers
- Market Monitor newsletter and Alert e-newsletter reach buyers and sellers nationwide
- As self-storage specialists, Argus Broker Affiliates are better equipped to value, market and sell this unique property type



1-800-55-STORE
www.Argus-SelfStorage.com





# *The Argus Advantage*

