BUCHALTER NEMER
 ROBERT E. IZMIRIAN (SBN: 53805)
 MIA S. BLACKLER (SBN: 188112)
 CRAIG C. CHIANG (SBN: 209602)
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: rizmirian@buchalter.com; cchiang@buchalter.com

Attorneys for Chapter 11 Trustee
KYLE EVERETT

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba<br>PACIFIC THOMAS CAPITAL, dba<br>SAFE STORAGE<br><br>Debtor. | Case No. 12-46534 MEH<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: June 27, 2013<br>Time: 11:30 a.m.<br>Place  Courtroom 215<br>          1300 Clay Street<br>          Oakland, California<br>Courtroom of the Hon. M. Elaine Hammond |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 55 Second Street, Suite 1700, San Francisco, CA 94105-3493.

On the date set forth below, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE KYLE EVERETT'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF CERTAIN INTERESTS**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

☐ **BY MAIL**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

14363713v1

1
CERTIFICATE OF SERVICE

Case: 12-46534   Doc# 315   Filed: 07/01/13   Entered: 07/01/13 13:18:40   Page 1 of 2

the United States Postal Service at Buchalter Nemer in San Francisco, California on **June 25, 2013**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

David M. Sternberg
Counsel for PTV
dmslaw@ix.netcom.com

Walter W. Gouldsbury, III
Counsel for Bank of the West
WWG@JMBM.com

Brian Matlock
Counsel for PTC
kbrian@matlocklawgroup.com

Eric Nyberg
Counsel for Summit Bank
e.nyberg@kornfieldlaw.com

Randall Whitney
randall@pacificthomas.com

☑ **BY EMAIL** On June 28, 2013, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on **July 1, 2013**, at San Francisco, California.

| Craig C. Chiang | /s/ Craig C. Chiang |
|---|---|
|  | (Signature) |

14363713v1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO