```
BUCHALTER NEMER
  ROBERT E. IZMIRIAN (SBN: 53805)
  CRAIG C. CHIANG (SBN: 209602)
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: rizmirian@buchalter.com; cchia

Attorneys for Chapter 11 Trustee
KYLE EVERETT
```

The following constitutes
the order of the court. Signed July 1, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE,<br><br>Debtor. | Case No. 12-46534 MEH<br><br>Chapter 11<br><br>**ORDER GRANTING CHAPTER 11 TRUSTEE KYLE EVERETT'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF CERTAIN INTERESTS**<br><br>Date: June 27, 2013<br>Time: 11:30 a.m.<br>Place: Courtroom 215<br>      Honorable M. Elaine Hammond<br>      1300 Clay Street-Courtroom 215<br>      Oakland, California |

The Motion to Sell Real Property Free and Clear of Certain Interests (the "Motion") filed by Kyle Everett, the duly appointed, qualified and acting Chapter 11 trustee (the "Trustee") of the bankruptcy estate of Pacific Thomas Corporation dba Pacific Thomas Capital dba Safe Storage ("PTC") came on for hearing on June 27, 2013 at 11:30 a.m. before the United States Bankruptcy Court, Northern District of California ("Court"), the Honorable M. Elaine Hammond presiding.

    The Court has considered all pleadings, declarations, exhibits and other documentary evidence presented at, and prior to, the hearing, as well as all oral arguments made at the hearing. Appearances are noted on the record. For the reasons stated on the record, which shall serve as the Court's findings of fact and conclusions of law pursuant to Federal Rules of Bankruptcy

Procedure 7052, including the Court's determination that a bona fide dispute exists regarding the validity and scope of the asserted leasehold interest of Pacific Trading Ventures and Pacific Trading Ventures, Ltd. (collectively, "PTV") in the real property located at 2615 E. 12th Street, 2783 E. 12th Street, and 1113-15 29th Avenue, in Oakland, California (the "Property"),

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. The Trustee is authorized to market and sell the Property free and clear of any and all disputed leasehold or possessory interests of PTV pursuant to 11 U.S.C. §363(f)(4);

3. The Order Addressing Business Records and Premises Rents, entered on May 14, 2013 [Dkt No. 26; AP No. 13-04079] is modified to authorize the Trustee and his Professionals to share with potential buyers of the Property the following PTV business records or summaries, subject to confidentiality agreements to be entered into between the Trustee and potential buyers:

   a. Site Link rent rolls for the period 2010 forward;

   b. Site Link accounts receivable reports;

   c. Site Link Management summary reports for the period 2010 forward; and

   d. Other specific requested reports contained in PTV's Site Link management system, with any self-storage facility tenant names redacted.

Nothing shall prevent PTV and the Trustee from agreeing to the further sharing of PTV's business records or summaries thereof with the Trustee's Professionals and potential buyers on terms agreeable to the parties, nor shall it prevent the Trustee from seeking further orders of this Court to compel turnover of any such business records for such uses as the Trustee may require.

4. PTV's claim that it is entitled to adequate protection is reserved, and this Order is without prejudice to PTV's right to assert, or the right of any party to dispute, that PTV is entitled to adequate protection under 11 U.S.C. §363(e), at the time the Court hears the Trustee's motion to approve the terms of any sale of the Property.

Approved as to form and content:

/s/ David M. Sternberg
David M. Sternberg, Esq.
Sternberg & Associates
Counsel for PTV

Approved as to form and content:

/s/ Walter Gouldsbury
Walter W. Gouldsbury III, Esq.
Jeffer, Mangels, Butler & Mitchell LLP
Counsel for Bank of the West

Approved as to form and content:

/s/ Eric Nyberg
Eric A. Nyberg, Esq.
Kornfield, Nyberg, Bendes & Kuhner P.C.
Counsel for Summit Bank

Approved as to form and content:

/s/ Brian Matlock
Brian Matlock, Esq.
Matlock Law Group, PC
Counsel for PTC

Approved as to form and content:

_____
Randall Whitney

**END OF ORDER**

COURT SERVICE LIST

Anne-Leith Matlock
Matlock Law Group, P.C.
1485 Treat Blvd. #200
Walnut Creek, CA 94597

Jill Worsley
30 Creek Tree Lane
Alamo, CA 94507-1916

Kyle Everett
235 Pine St. #1150
San Francisco, CA 94104

Lynette C. Kelly
U.S. Office of the U.S. Trustee
1301 Clay St.
Oakland, CA 94612

Pacific Thomas Corporation
Dba Safe Storage Management Company
1818 Mt. Diablo Blvd., Suite D
Second Floor
Walnut Creek, CA 94596

Randall Whitney
Jill Worsley
Pacific Thomas Corporation
1818 Mt. Diablo Blvd., Suite D
Walnut Creek, CA 94596

Randall Whitney
5215 Masonic Avenue
Oakland, CA 94618-2631

Randall Whitney
2615 East 12th Street
Oakland, CA 94601

Roger Huddleston
c/o Nicholas P. Hulchiy
Belzer, Hulchiy & Murray
3650 Mt. Diablo Blvd., 1130
Lafayette, CA 94549-6820

Roger W. Worsley
1997 Ascot Drive #B
Moraga, CA 94556

Stephen Thomas Worsley
2458 Pamino Way
Pleasanton, CA 94566

| | |
|---|---|
| 1 | |
| 2 | Timothy Brophy |
| 3 | 395 Civic Drive, Suite J<br>Pleasant Bill, CA 94523-1951 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |