# EXHIBIT A

The following constitutes
the order of the court. Signed June 27, 2013

M. Elaine Hammond

M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                              Case No. 12-46534 MEH

PACIFIC THOMAS CORPORATION                         Chapter 11
                   Debtor/

KYLE EVERETT                                       Adv. No. 13-04079 AH

                 Plaintiff
v.

RANDALL WHITNEY, ET. AL.
                 Defendants/

### ORDER DENYING MOTION TO DISMISS

On June 27, 2013, a hearing was held on Defendant Randall Whitney's motion to dismiss this adversary proceeding. Appearances were stated on the record.

For the reasons stated on the record, it is ORDERED as follows:

1. Defendant Randall Whitney's motion to dismiss is DENIED.

2. Defendant Randall Whitney shall file an answer to the complaint by July 26, 2013.

3. The status conference in this adversary case is continued to August 5, 2013 at 10:00 a.m. in Room 215 (second floor), 1300 Clay Street, Oakland, California

**END OF ORDER**

1

Randall Whitney
1818 Mt. Diablo Blvd., Suite D
Walnut Creek, CA 94596

2

# Notice Recipients

District/Off: 0971–4     User: pwright     Date Created: 6/27/2013
Case: 13–04079     Form ID: pdfeoc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft     Randall Whitney     1818 Mt. Diablo Blvd., Suite D     Walnut Creek, Ca 94596

TOTAL: 1