United States Bankruptcy Appellate Panel
of the Ninth Circuit

| | |
|---|---|
| IN RE PACIFIC THOMAS CORPORATION, dba Pacific Thomas Capital, dba Safe Storage | No. NC-13-1354<br>Bankruptcy No. 12-046534 |
| RANDALL WHITNEY,<br><br>      *Appellant*,<br>vs.<br><br>KYLE EVERETT,<br><br>      *Respondent*. | RESPONSE TO NOTICE OF DEFICIENT APPEAL |

RESPONSE TO NOTICE OF DEFICIENT APPEAL

**FILED**

AUG 15 2013

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

Randall Whitney
2615 E. 12th Street
Oakland, CA, 94601
Tel. (415) 716-9898
Appellant pro se

# United States Bankruptcy Appellate Panel
## of the Ninth Circuit

| | |
|---|---|
| IN RE PACIFIC THOMAS CORPORATION, dba Pacific Thomas Capital, dba Safe Storage | No. NC-13-1354<br>Bankruptcy No. 12-046534 |
| RANDALL WHITNEY,<br><br>      *Appellant*,<br>vs.<br><br>KYLE EVERETT,<br><br>      *Respondent*. | RESPONSE TO NOTICE OF DEFICIENT APPEAL |

**RESPONSE TO NOTICE OF DEFICIENT APPEAL**

I, Randall Whitney, declare under penalty of perjury as follows:

1. The designation of record on appeal was in fact filed in the bankruptcy court on August 8, 2013, on the same date as the notice of deficiency was filed.

2. This is an interlocutory appeal pursuant to a motion for leave to file an interlocutory appeal under 28 U.S.C. section 158(a)(3) and Federal Rules of Bankruptcy Procedure 8001(b). It was unclear to me whether the designation of record on appeal should be filed before the BAP granted leave to appeal or should be filed only if the BAP granted leave to appeal. However, as stated

1

above, I filed the designation of record on appeal on August 8, 2013.

3. Sanctions should not be imposed because I filed the designation of record on the same day that this court sent out the notice of deficiency and not because I received the notice of deficiency. In addition, the directions in the appeal packet that I received from the BAP are unclear in that they mention the procedures to be followed after an ordinary notice of appeal is filed, but do not discuss the procedures that an appellant follows when an interlocutory appeal is filed. The BAP's Litigant's Manual for appeals discusses the procedures for filing the initial motion for leave to file an interlocutory appeal in detail, but the manual does not discuss the schedule of required filings after the initial motion and does not explain that a designation of record should be filed even though the BAP has not yet granted leave to appeal. I have never filed an interlocutory appeal before.

I declare under penalty of perjury that this is true and correct to the best of my knowledge and belief. Executed in Oakland, California, on Monday, August 12, 2013.

Randall Whitney
Appellant pro se

2

# CERTIFICATE OF SERVICE

I, the undersigned, depose and state: I reside or do business within the Northern District of California. I am eighteen years of age or older and not a party to this action. My business address is 2783 EAST 12TH ST, OAKLAND, CA 94601.

On August 15, 2013, I served the following documents:

Response to Notice of Deficient Appeal

I served the following persons by U.S. mail:

Lynette C. Kelly
U.S. Office of the U.S. Trustee
1301 Clay St.
Oakland, CA 94612

Anne-Leith Matlock
Matlock Law Group, P.C.
1485 Treat Blvd. #200
Walnut Creek, CA 94597

David M. Sternberg, Esq.
David M. Sternberg & Associates
540 Lennon Lane
Walnut Creek, CA 94598

Robert E. Izmirian
Craig C. Chiang
Ivo Keller
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

20 Largest Unsecured Creditors

Darrow Family Partners
Thomas Capital Investments
Buhla R. Darrow Trust
Thomas Koolaupoko Inv.
A.M. Tarbell Trust
Edwin Thomas Revocable Living Trust
c/o Darrow / Whitney
1600 Ala Moana #1112
Honolulu, HI 96815

Summit Bank
2969 Broadway
Oakland, CA 94694

Richard Douglas Worsley
31012 Dulce
Temecula, CA 92592

Case: 12-46534   Doc# 363   Filed: 08/15/13   Entered: 08/16/13 13:45:36   Page 4 of 7

CBRE, Inc.
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071

Baird Holm Attorneys At Law
1500 Woodmen Tower
Omaha, NE 68102

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4139
Attn: Elizabeth Berke-Dreyfuss, Esq.

KCA Engineers, Inc.
318 Brannan Street, St # 2
San Francisco, CA 94107

Timothy Brophy, CPA, MBA
395 Civic Drive, Suite 5
Pleasant Hill, CA 94523

Wendel Roesn Black & Dean, LLP
P.O. Box 2047
Oakland, CA 94604-2047

BKD, LLP
8001 Broadway, Suite 400
Merrillville, IN 46410-5552

Bank of the West
PO Box 515274
Los Angeles, CA 90051-6574

Jill V. Worsley
30 Creek Tree Lane
Alamo, CA 94507

Charles M. Salter Associates, Inc.
130 Sutter St, Suite 500
San Francisco, CA 94104

Environmental Science Assoc., Inc.
350 Frank Ogawa Plaza, Suite 300
Oakland, CA 94612

Doris Rydman
1320 Pearl St.
Alameda, CA 94501

DMJM Harris/Korve Engineering, Inc.
1178 Paysphere Circle
Chicago, IL 60674

Request for Notice

Bank of the West
Robert B. Kaplan, Esq.
Walter W. Gouldsbury III, Esq.
Jeffer Mangels Butler, & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

Eric A. Nyberg, Esq.
Chris D. Kuhner, Esq.
Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 2675
Oakland, CA 94612

4

Dean R. Prober
Prober and Raphael
20750 Ventura Blvd. 1100
Woodland Hills, CA 91364-6207

Interested Parties

Timothy Brophy
395 Civic Drive, Suite J
Pleasant Bill, CA 94523-1951

Pacific Trading Ventures, Ltd.
1818-D Mt. Diablo Blvd., Second Floor
Walnut Creek, CA 94596-4430
Attn: J.V. Worsley

Damon Bowers
Private Capital Investments
3201 Danville Blvd., #170
Alamo, CA 94507

Roger W. Worsley
1997 Ascot Drive #B
Moraga, CA 94556

Private Mortgage Fund LLC
23586 Calabasas Road #100
Calabasas, CA 91302

Jennifer Wong
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Herzer Financial Mortgage Fund, LLC
Cheryl C. Rouse
Law Offices of Rouse and Bahlert
345 Franklin St.
San Francisco, CA 94102-4427

Mary C.G. Kaufman
Early Sullivan Wright Gizer & McRae LLP
6420 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048

Stephen Thomas Worsley
2458 Pamino Way
Pleasanton, CA 94566

Alameda County Treasurer & Tax Collection
1221 Oak Street
Oakland, CA 94612

Pacific Trading Ventures dba
Safe Storage Management Company
1818-D Mt. Diablo Boulevard, Second Floor
Walnut Creek, CA 94596

Jacol LLC et al
c/o The Bowers Group
3201 Danville Blvd. Suite 170
Alamo, CA 94507

Private Mortgage Fund LLC
23568 Calabasas Road #100
Calabasas, CA 91302

    I declare under penalty of perjury that the above is true. Executed in Oakland, California on Monday, August 1̶2̶ 15, 2013.

*[signature]*