ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Secured Creditor Summit Bank

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 12-46534 MEH |
|---|---|
| PACIFIC THOMAS CORPORATION DBA PACIFIC THOMAS CAPITAL, | Chapter 11 |
| | R.S. No. EAN-001 |
| | **DECLARATION OF STEVE NELSON IN SUPPORT OF MOTION FOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362; OR IN THE ALTERNATIVE FOR AN ORDER THAT THE AUTOMATIC STAY DOES NOT APPLY** |
| Debtor. | |
| | Date: October 23, 2013<br>Time: 2:00 p.m.<br>Ctrm: 215<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

I, Steve Nelson, declare as follows:

1. I am the President and Chief Operating Officer of Summit Bank ("Summit").

2. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

3. In my capacity as President and Chief Operating Officer of Summit Bank, I am familiar with Summit's business records and documents relating to Summit's loan to Pacific

Declaration of Steve Nelson in Support of Motion for Order Granting Relief from the Automatic Stay; or in the Alternative for an Order that the Automatic Stay Does Not Apply -1-

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Thomas Corporation. Said records of Summit are kept in the ordinary course and scope of the business of Summit.

4. The Debtor filed its voluntary Chapter 11 bankruptcy petition on August 6, 2012.

5. On or about January 8, 2013, the Court appointed Kyle Everett as the Chapter 11 Trustee in the Debtor's bankruptcy case.

6. Summit is a secured creditor of the Debtor and is currently owed $8,413,390.94 as of September 12, 2013

7. On or about July 27, 2007, the Debtor made, executed and delivered to Summit a Written Promissory Note (the "Note"), a Written Business Loan Agreement ("BLA"). Pursuant to the terms of the Note and BLA, the Debtor promised to pay Summit the principal sum of $8,100,000 plus interest fees and other charges. The entire balance of principal plus accrued interest and charges was all due and payable on March 31, 2011. A true and correct copy of the Note is attached hereto as Exhibit A. A true and correct copy of the Note is attached hereto as Exhibit B.

8. On or about July 27, 2007, the Debtor and Nova Group, a Nevada Corporation ("Nova Group"), in order to secure the obligations owing to Summit under the Note and BLA, made, executed and delivered to Summit a Deed of Trust (the "Deed of Trust"). Pursuant to the terms of the Deed of Trust, Nova Group pledged the Nova Parcel as security for the Debtor's obligations to Summit under the Note and BLA. A True and correct copy of the Deed of Trust is attached hereto as Exhibit C.

9. In addition to the Note, BLA and Deed of Trust, the Debtor also made, executed and delivered to Summit a Commercial Security Agreement and UCC-1 which provided Summit with additional collateral for the obligations of the Debtor under the Note and BLA.

10. The Debtor defaulted under its obligations under the Note and BLA. As a result of the Debtor's default, on April 7 2011, Summit caused a Notice of Default to be recorded in the Official Records of Alameda County. A true and correct copy of the Notice of Default is attached hereto as Exhibit D.

///

Declaration of Steve Nelson in Support of Motion for Order Granting Relief from the Automatic Stay; or in the Alternative for an Order that the Automatic Stay Does Not Apply -2-

11. The notice period provided under the Notice of Default and Election to Sell Under Deed of Trust expired without the Debtor or Nova Group curing the default.

12. On August 6, 2012, the Debtor filed its Voluntary Chapter 11 bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 13th day of September, 2013 at Oakland, California.

/s/ Steve Nelson

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Declaration of Steve Nelson in Support of Motion for Order Granting Relief from the Automatic Stay; or in the Alternative for an Order that the Automatic Stay Does Not Apply

-3-