BUCHALTER NEMER
  ROBERT E. IZMIRIAN (SBN: 53805)
  CRAIG C. CHIANG (SBN: 209602)
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: rizmirian@buchalter.com; cchiang@buchalter.com

Attorneys for Chapter 11 Trustee
KYLE EVERETT

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE,<br><br>Debtor. | Case No. 12-46534 MEH<br><br>Chapter 11<br><br>**DECLARATION OF CRAIG C. CHIANG IN SUPPORT OF EX PARTE APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

I, Craig C. Chiang, declare:

1. I am an attorney at law duly licensed to practice before this Court and am Senior Counsel to the law firm of Buchalter Nemer, A Professional Corporation, counsel to Kyle Everett, the Chapter 11 trustee (the "Trustee") of the bankruptcy estate of Pacific Thomas Corporation dba Pacific Thomas Capital dba Safe Storage (the "Debtor"). If called upon to testify as to the matters set forth herein, I could and would competently testify thereto as these matters are personally known to me to be true. As to matters stated based on information and belief, I would competently testify as to those matters as I believe them to be true.

2. On August 30, 2013, the Trustee notified PTV that it was in material breach of the terms of its management agreement with the Debtor. A copy of the August 30, 2013 letter to

PTV notifying it of the material breach is attached hereto as <u>Exhibit A</u>.

3. PTV asserts that there is no material breach because it made "rightful deductions" from the estate's funds. A copy of PTV's responses, dated September 6, 2013 and September 27, 2103, are attached to the Chiang Declaration as <u>Exhibit B</u>. Although PTV promised a thorough explanation by September 16, 2013, it was never provided. Instead, PTV has attempted to justify its "rightful deductions" by providing invoices that show payment to the Matlock Law Group for legal fees, and a significant number of "cash" payments that conspicuously do not arise until after the Trustee's appointment in January 2013.

4. The Trustee, without acknowledging the validity of the sham lease, notified PTV in writing on February 21, 2013 that its sham lease would be terminated. A copy of the February 21, 2013 letter to PTV is attached hereto as <u>Exhibit C</u>.

5. PTV asserted that the sham lease, through a January 1, 2010 amendment, "was extended to January 1, 2015 … and (b) that <u>thereafter</u>, the lease agreement shall be cancellable only upon either party giving the other, six (6) months written notice of termination." A copy of the March 29, 2013 letter from PTV is attached hereto as <u>Exhibit D</u>.

6. Copies of the sham lease and the January 1, 2010 amendment are attached hereto as <u>Exhibit E</u>.

7. On August 30, 2013 and on September 4, 2013, the Trustee notified PTV that it must surrender possession of the premises that are subject of the sham lease by October 7, 2013. True and correct copies of the Trustee's August 30, 2013 and September 4, 2013 correspondence are attached hereto as <u>Exhibit F</u>.

8. In a September 6, 2013 letter, attached hereto as <u>Exhibit G</u>, PTV's counsel asserts that the "lease goes through January 1, 2015" and that "[t]o the extent there is a problem with the lease extension the original lease automatically renewed itself and does not contain a six-month termination provision."

9. The sham lease actually contains a 30 day termination provision under Section 13 that remains unaffected. The Trustee notified PTV that it must surrender possession of the

2

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

premises subject to the sham lease by October 7, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on October 16, 2013, in San Francisco, California.

                                                /s/ Craig C. Chiang