The following constitutes
the order of the court. Signed October 18, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

BUCHALTER NEMER
  ROBERT E. IZMIRIAN (SBN: 53805)
  MIA S. BLACKLER (SBN: 188112)
  CRAIG C. CHIANG (SBN: 209602)
A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: rizmirian@buchalter.com; cchiang@buchalter.com

Attorneys for Chapter 11 Trustee
KYLE EVERETT

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC THOMAS CORPORATION, dba PACIFIC THOMAS CAPITAL, dba SAFE STORAGE,<br><br>Debtor. | Case No. 12-46534 MEH<br><br>Chapter 11<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>Date: October 17, 2013<br>Time: 10:30 a.m.<br>Place: 1300 Clay Street, Courtroom 215<br>　　　　Oakland, California<br>Judge: Hon. M. Elaine Hammond |

Having read and considered the *Ex Parte* Application for Issuance of Temporary Restraining Order and Order to Show Cause re Preliminary Injunction; Memorandum of Points and Authorities; Declaration of Tyler Julian in Support Thereof; and Declaration of Craig Chiang in Support Thereof, filed by Kyle Everett, the duly appointed Chapter 11 Trustee (the "Trustee"), considered the parties' oral arguments, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. From and after the date of this Order, one hundred percent of all rents or other income of any kind received or to be received as a result of the use or rent of or business activity upon all property of the estate of Pacific Thomas Corporation dba Pacific Thomas Capital dba Safe Storage, including, but not limited to, those real properties and improvements commonly described as 2615 East 12th Street, 1113-1115 29th Avenue, 2783 East 12th Street, 2801 East 12th Street, 1111 29th Avenue, 29th Avenue to Derby Avenue parallel to and interior of East 12th Street, and 23rd Avenue at East 12th Street, in Oakland, California (collectively, the "Property"), including, without limitation all self-storage fees, deposits or rents, however described (collectively, the "Rents") shall be collected from all tenants directly by and held under the exclusive control of the Trustee in a segregated account (the "Segregated Account"). Any Rents coming into the possession of Randall Whitney, Pacific Trading Ventures, Pacific Trading Ventures, Ltd., and Jill Worsley, and/or their respective officers, agents, representatives, servants, employees and all other persons who are in active concert or participation with them (collectively, the "Restrained Parties"), whether as a result of any claim of leasehold or management contract, shall be turned over to the Trustee in the original form received on a daily basis, without deduction or offset of any kind or nature;

2. From the Rents received, the Trustee is authorized to pay all Property-related expenses necessary or proper to the preservation and management of the Property, including, without limitation, making adequate protection payments to lenders secured by the Property in accordance with approved cash collateral budgets. Any Rents remaining

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 15090036v3

after such expenditures shall remain in the Segregated Account pending further order of this Court. The Court retains jurisdiction to determine any disputes regarding the appropriateness of any expenditures; and

3. The Trustee is authorized to engage an independent management company to review the books and records of the Property, including the books and records of Pacific Trading Ventures ("PTV") for the period when it acted as manager of the Property, as well as provide ongoing oversight of the operations and management to maximize the value of the Property. The Trustee's management company shall have unfettered access to current and historical records and storage operations systems on the Property and its management. The Restrained Parties shall provide the Trustee's management company with continuous access to the current and historical books, records, systems, financial dealings and management issues related to the Property.

**IT IS FURTHER ORDERED THAT,** pending further order of this Court, Restrained Parties are restrained from:

A. Interfering with the Trustee, his agents, representatives, broker, management company and guests, accessing the Property. The Trustee will maintain a record of guests who visit the Property and are accompanied by the Trustee or his agent; and

B. Preventing the Trustee, his agents, representatives, broker, management company and guests, from having continuous access to the current and historical books, records and storage operations systems systems on and for the Property, as well as financial dealings and management issues related to the Property.

This temporary restraining order shall remain in full force and effect for fourteen days from the date hereof or until 1:00 p.m. on November 4, 2013, unless sooner modified or dissolved by this Court.

Pursuant to Federal Rule of Bankruptcy Procedure 7065, the Trustee need not post security pursuant to FRCP Rule 65(c).

## ORDER TO SHOW CAUSE

On November 4, 2013, at 1:00 p.m., the Court will conduct a hearing on an order to show

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 15090036v3

cause ("OSC") why a preliminary injunction should not issue and remain in effect to restrain the above Restrained Parties as set forth above, or as may be modified at the hearing on the preliminary injunction.

Nothing in this Order is designed to modify any prior court order issued in this matter or the related adversary proceeding brought by the Trustee, including but not limited to the Debtor and PTV's obligations to turn over rents, records and information to the Trustee;

Approved as to form:

David M. Sternberg & Associates

By: _/s/ David M. Sternberg_____

_____
Randall Whitney

IT IS SO ORDERED.

**END OF ORDER**

## COURT SERVICE LIST

Alameda County Treasurer & Tax Collection
1221 Oak Street
Oakland, CA 94612

Baird Holm Attorneys At Law
1500 Woodmen Tower
Omaha, NE 68102

Bank of the West
PO Box 515274
Los Angeles, CA 90051-6574

BKD, LLP
8001 Broadway, Suite 400
Merrillville, IN 46410-5552

CBRE, Inc.
355 S. Grand Ave., Suite 2700
Los Angeles , CA 90071

Charles M. Salter Associates, Inc.
130 Sutter St, Suite 500
San Francisco, CA 94104

Damon Bowers
Private Capital Investments
3201 Danville Blvd., #170
Alamo, CA 94507

Darrow Family Partners
Thomas Capital Investments
Buhla R. Darrow Trust
Thomas Koolaupoko Inv.
A.M. Tarbell Trust
Edwin Thomas Revocable Living Trust
c/o Darrow / Whitney
1600 Ala Moana #1112
Honolulu, HI 96815

Doris Rydman
1320 Pearl St.
Alameda, CA 94501

DMJM Harris/Korve Engineering, Inc.
1178 Paysphere Circle
Chicago, IL 60674

BN 15090036v3

| | |
|---|---|
| 1 | Environmental Science Assoc., Inc.<br>350 Frank Ogawa Plaza, Suite 300 |
| 2 | Oakland, CA 94612 |
| | KCA Engineers, Inc. |
| 3 | 318 Brannan Street, St # 2<br>San Francisco, CA 94107 |
| 4 | |
| | Kokjer, Pierotti, Maiocco & |
| 5 | Duck LLP, Certified Public Accountants<br>333 Pine Street, 5th Floor |
| 6 | San Francisco, CA 94104 |
| 7 | Jacol LLC et al<br>c/o The Bowers Group |
| 8 | 3201 Danville Blvd. Suite 170<br>Alamo, CA 94507 |
| 9 | |
| | Jacol, LLC, Robert Peterson |
| 10 | Kenneth Hill, Pensco Trust Company,<br>And Shirley Meloy |
| 11 | c/o Donald H. Cram, III Esq.<br>Severson & Werson |
| 12 | One Embarcadero Center, 26th Floor<br>San Francisco, CA 94111 |
| 13 | |
| | Jeff Bleecker |
| 14 | 4925 N. Placita Antilope<br>Tucson, AZ 85749 |
| 15 | |
| | Jill Worsley |
| 16 | 30 Creek Tree Lane<br>Alamo, CA  94507-1916 |
| 17 | |
| | Matlock Law Group, P.C. |
| 18 | 1485 Treat Blvd., Suite 200<br>Walnut Creek, CA 94597 |
| 19 | |
| | Mujeres Onidas y Activas |
| 20 | c/o Stephanie Willett<br>Morrison & Foerster |
| 21 | 3548 18th Street, #23<br>San Francisco, CA 94110-1678 |
| 22 | |
| | Mujeres Unidas y Activas |
| 23 | c/o Morrison & Foerster LLP<br>Attn: Kristin A. Hiensch |
| 24 | 425 Market Street<br>San Francisco, CA 94105·2482 |
| 25 | |
| | Pacific Thomas Corporation |
| 26 | Dba Safe Storage Management Company<br>1818 Mt. Diablo Blvd., Suite D |
| 27 | Second Floor<br>Walnut Creek, CA 94596 |
| 28 | |

Private Mortgage Fund LLC
23586 Calabasas Road #100
Calabasas, CA 91302

Randall Whitney
Jill Worsley
Pacific Thomas Corporation
1818 Mt. Diablo Blvd., Suite D
Walnut Creek, CA 94596

Randall Whitney
5215 Masonic Avenue
Oakland, CA  94618-2631

Randall Whitney
2615 East 12th Street
Oakland, CA 94601

Randall Whitney
2783 East 12th Street
Oakland, CA 94601

Richard Douglas Worsley
31012 Dulce
Temecula, CA 92592

Roger Huddleston
c/o Nicholas P. Hulchiy
Belzer, Hulchiy & Murray
3650 Mt. Diablo Blvd., 1130
Lafayette, CA 94549-6820

Roger W. Worsley
1997 Ascot Drive #B
Moraga, CA 94556

Stephen Thomas Worsley
2458 Pamino Way
Pleasanton, CA 94566

Steven B. Piser
Law Offices of Steven B. Piser
499 14th St. #210
Oakland, CA 94612

Summit Bank
2969 Broadway
Oakland, CA 94694

Timothy Brophy
395 Civic Drive, Suite J
Pleasant Bill, CA 94523-1951