**Matlock Law Group, P.C.**
Anne-Leith Matlock, State Bar No. 244351
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Tel.:   (925) 944-7131
Fax:    (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com

Attorneys for Debtor
Pacific Thomas Corporation

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>PACIFIC THOMAS CORPORATION,<br><br>Debtor. | Case No.: 12-46534<br><br>Chapter 11<br><br>**AMENDED NOTICE OF CONTINUED HEARING ON APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT, AS AMENDED**<br><br>*Date: 1/16/14*<br>*Time: 1:00 p.m.*<br>*Ct. Room: 215*<br>*Judge: Hon. M. Elaine Hammond* |

**PLEASE TAKE NOTICE** that per the request of the Court, to coincide the hearings of Debtor's Motion for Post-Petition Financing and the Continued Status Conference with the hearing on approval of Debtor's Disclosure Statement, as amended, the hearing to approve Debtor's Disclosure Statement, as amended, as containing "adequate information" within the meaning of 11 USC §1125(a)(1) and information appropriate in amount, detail, and kind under 11 USC §1125(c) (the "Disclosure Statement Hearing"), has been continued from January 16, 2014 at 10:30 a.m. to <u>January 16, 2014 at 1:00 p.m.</u> in the courtroom of the Honorable M. Elaine Hammond, Courtroom 215, 1300 Clay Street, Oakland, CA.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement Hearing may be further continued from time to time by announcing such continuance in open court or otherwise, all without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that objections to the form or content of Debtor's Disclosure Statement as amended should be in writing and filed with the Bankruptcy Court and served upon the attorney for the Debtor on or before January 9, 2014. Objections not so filed and served may be deemed waived.

**PLEASE TAKE FURTHER NOTICE** that any party who desires to receive a copy of the Debtor's Disclosure Statement, as amended, for review before being approved by the Bankruptcy Court should write to the attorney for the Debtor requesting that a copy be sent to them. Alternatively, parties may also obtain or view such information in the office of the Clerk of the Bankruptcy Court during normal court hours.

DATED: January 2, 2014    MATLOCK LAW GROUP, P.C.

By:   /s/ Anne-Leith Matlock
      Anne-Leith W. Matlock
      Attorneys for Debtor