The following constitutes
the order of the court. Signed October 10, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                           Case No. 12-46534 MEH

                                                Chapter 11
Pacific Thomas Corporation,

_____Debtor./

ORDER DIRECTING TRANSFER OF CASE TO SAN JOSE DIVISION

Upon the transfer of Judge M. Elaine Hammond to the San Jose Division, effective October 14, 2014, IT IS ORDERED as follows:

1. Judge Hammond will retain the above-captioned case, which shall be transferred to the San Jose Division effective October 14, 2014.

2. Notwithstanding transfer of the above-captioned case to the San Jose Division, hearings may be held in the Oakland Division or the San Jose Division as the needs of the parties and the court dictate. However, unless otherwise specified by the court, hearings will be held in Courtroom 3070, 280 South

1

First Street, San Jose, CA 95113 and parties may appear telephonically.

3. Questions regarding calendaring or arranging for telephonic appearances may be directed to Judge Hammond's courtroom deputy, Millie McGowan, at (408) 278-7578.

4. All non-ECF filings in the above-captioned case shall be filed with the Clerk's Office in the San Jose Division, in person or by mail addressed as follows:

> Clerk's Office
> United States Bankruptcy Court
> 280 South First Street, Room 3035
> San Jose, CA 95113-3099

> **END OF ORDER**

COURT SERVICE LIST

All Recipients